# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4840

_____

JONATHAN RAHMING,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 5, 2019

PER CURIAM.

Because Petitioner has not shown irreparable harm, we dismiss the petition for writ of certiorari for lack of jurisdiction. *See Bailey v. State*, 245 So. 3d 1015 (Fla. 1st DCA 2018).

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jonathan Rahming, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.